

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 22, 2007

**By Hand**

The Honorable Loretta A. Preska
United States District Court
Southern District of New York
500 Pearl Street - Room 1320
New York, NY 10007

> Re:    *United States v. FNU LNU, a/k/a "Primo," at al.*
>        07 Cr. 563 (LAP)

Dear Judge Preska:

    The defendants in the above-captioned case were indicted on June 20, 2007, and the case was wheeled out to Your Honor. Please find a copy of the Indictment attached. The arraignment and first pre-trial conference for defendants Minaya-Fernandez, Goris, and Rodriguez have been scheduled for June 28, 2007, at 3:30 p.m.

    The Government respectfully requests that time be excluded from today until June 28, 2007 under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(A) to permit the Government to gather and to prepare discovery. I have spoken to defense counsel for the three defendants, and each has indicated that there is no objection to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By:     _____

Brendan R. McGuire
Assistant United States Attorney
212.637.2220

cc:    Brian Kaplan, Esq. (via fax)
        Counsel for Porforio Minaya-Fernandez

        Edgardo Ramos, Esq. (via fax)
        Counsel for Raymond Goris

        Michael Hurwitz, Esq. (via fax)
        Counsel for Edwin Rodriguez