UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X
                                :
UNITED STATES OF AMERICA        :
                                :
         v.                     :   S1 07 Cr. 563 (LAP)
                                :
EDWIN RODRIGUEZ,                :
                                :
         Defendant.             :
                                :
- - - - - - - - - - - - - - - - X

       The above-named defendant, who is accused of violating Title 21, United States Code, Section 846, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

_____
EDWIN RODRIGUEZ
Defendant

_____
Witness

_____
Michael Hurwitz, Esq.
Counsel for Defendant

Date:   New York, New York
        March __, 2008



0202